UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| TERRY WAYNE JONES<br>LA. DOC #309459<br>VS.<br><br>WARDEN, RIVER BEND<br>DETENTION CENTER | CIVIL ACTION NO. 5:12-cv-295<br>SECTION P<br><br>JUDGE FOOTE<br><br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the application for the writ of habeas corpus be **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this ___ day of ___, 2015.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE